**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| BOUAKHAM PHAKOUSONH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-01398-JD |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **JUDGMENT**

Pursuant to the Order filed today, the Court dismisses without prejudice

Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1] as

moot.

Entered this 30th day of March 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE